UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

GARY L. HODGES,                    )
                                   )
                Petitioner,        )
                                   )
        vs.                        )          Case No. 4:06-CV-158 MLM
                                   )
ALAN BLAKE,                        )
                                   )
                Respondent.        )

**ORDER**

This matter is before the Court upon the application of Gary L. Hodges for leave to commence this action without payment of the required filing fee. Upon consideration of the financial information provided with the application, the undersigned finds that the applicant is financially unable to pay any portion of the filing fee.

Therefore,

**IT IS HEREBY ORDERED** that petitioner's motion for leave to proceed in forma pauperis [Doc. #2] is **GRANTED**. See 28 U.S.C. § 1915.

/s/Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

Dated this   6th   day of April, 2006.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

GARY L. HODGES,                          )
                                         )
                    Petitioner,          )
                                         )
        vs.                              )          Case No. 4:06-CV-158 MLM
                                         )
ALAN BLAKE,                              )
                                         )
                    Respondent.          )

## **ORDER**

This matter is before the Court upon the application of Gary L. Hodges for leave to commence this action without payment of the required filing fee. Upon consideration of the financial information provided with the application, the undersigned finds that the applicant is financially unable to pay any portion of the filing fee.

Therefore,

**IT IS HEREBY ORDERED** that petitioner's motion for leave to proceed in forma pauperis [Doc. #2] is **GRANTED**. See 28 U.S.C. § 1915.


/s/Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE


Dated this   6th     day of April, 2006.